1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| DOMINIKA BEDNARSKA, | Case No. 25-cv-06305-PHK |
| Plaintiff | [PROPOSED] ORDER GRANTING PLAINTIFF'S SECOND ADMINISTRATIVE MOTION REQUESTING CONTINUANCE OF GENERAL ORDER NO. 56 DEADLINES |
| vs. | |
| NEW PARKWAY ENTERTAINMENT, LLC, a California limited liability company; MATTHEW W. IGLEHART, as trustee of the Traverso Family Trust, | |
| Defendants | |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

1

**[PROPOSED] ORDER**

2      Having considered the motion, the supporting declaration, and good cause appearing, the

3 Court orders as follows:

4      1.  The deadline for the parties to conduct the Joint Site Inspection pursuant to General Order

5          No. 56 is continued from **December 1, 2025** to **December 22, 2025**.

6      2.  All other deadlines triggered by the Joint Site Inspection under General Order No. 56 are

7          adjusted accordingly.

8

9

10     **IT IS SO ORDERED.**

11

12

13     Dated: December 2, 2025                    _____

14                                                UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27